IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00786-PAB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MARKET STREET ADVISORS,
SHAWN R. MERRIMAN,
LLC-1,
LLC-2,
MARQUE LLC-3, and
LLC-4,

    Defendants,

and

IMPRESSIONS EVERLASTING,

    Relief Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    On December 9, 2010, the Court informed the parties by Minute Order [Docket No. 15] that the Court would administratively close this case on December 17, 2010 in the absence of a showing of good cause why the Court should not. Neither party has filed anything in response. Therefore, it is

    **ORDERED** that this case is administratively closed. The parties may seek to have the case reopened upon a showing of good cause. In the absence of such a showing or a request to extend the administrative closure, this case will be dismissed six months from the date of this order without any further notice to the parties.

    DATED December 17, 2010.