IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00786-PAB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MARKET STREET ADVISORS,
SHAWN R. MERRIMAN,
LLC-1,
LLC-2,
MARQUE LLC-3, and
LLC-4,

    Defendants,

and

IMPRESSIONS EVERLASTING,

    Relief Defendant.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Motion for Order Extending Administrative Closure Period by Sixty Days [Docket No. 17].  On December 17, 2010, the Court administratively closed this case.  *See* Docket No. 16.  The Court further ordered that the case would be dismissed six months from the date of that order in the absence of a request to reopen the case or to extend the administrative closure.  *See id.*  In the present motion, the parties request a sixty day extension of the administrative closure.  The Court finds there is good cause for that request.  Therefore, it is

    **ORDERED** that the Stipulated Motion for Order Extending Administrative Closure Period by Sixty Days [Docket No. 17] is GRANTED.  In the absence of an order to the contrary, this case will be dismissed without any further notice to the parties on or after August 17, 2011.

    DATED May 31, 2011.