IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00786-PAB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MARKET STREET ADVISORS,
SHAWN R. MERRIMAN,
LLC-1,
LLC-2,
MARQUE LLC-3, and
LLC-4,

    Defendants,

and

IMPRESSIONS EVERLASTING,

    Relief Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Motion for Order Extending Administrative Closure Period by Sixty Days [Docket No. 19]. The parties request a sixty-day extension of the administrative closure in this matter. The Court finds there is good cause for that request. Therefore, it is

    **ORDERED** that the Stipulated Motion for Order Extending Administrative Closure Period by Sixty Days [Docket No. 19] is GRANTED. In the absence of an order to the contrary, this case will be dismissed without any further notice to the parties on or after October 17, 2011.

    DATED August 16, 2011.