IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00786-PAB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MARKET STREET ADVISORS,
SHAWN R. MERRIMAN,
LLC-1,
LLC-2,
MARQUE LLC-3, and
LLC-4,

     Defendants,

and

IMPRESSIONS EVERLASTING,

     Relief Defendant.

_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the SEC's Unopposed Motion for Order Extending Administrative Closure Period for Sixty Days [Docket No. 21].  The Court finds there is good cause for that request.  Therefore, it is

     **ORDERED** that the Unopposed Motion for Order Extending Administrative Closure Period for Sixty Days [Docket No. 21] is GRANTED.  In the absence of an order to the contrary, this case will be dismissed without any further notice to the parties on or after December 19, 2011.

     DATED October 18, 2011