IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00786-PAB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MARKET STREET ADVISORS,
SHAWN R. MERRIMAN,
LLC-1,
LLC-2,
MARQUE LLC-3, and
LLC-4,

    Defendants,

and

IMPRESSIONS EVERLASTING,

    Relief Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Unopposed Motion to Dismiss Claims Against Defendants Market Street Advisors, LLC-1, LLC-2, Marque LLC-3, LLC-4 and Relief Defendant Impressions Everlasting [Docket No. 24] filed by plaintiff Securities and Exchange Commission. The Court having reviewed the motion, it is

**ORDERED** that the Unopposed Motion to Dismiss Claims Against Defendants Market Street Advisors, LLC-1, LLC-2, Marque LLC-3, LLC-4 and Relief Defendant Impressions Everlasting [Docket No. 24] is GRANTED. It is further

**ORDERED** that all of plaintiff's claims against defendants Market Street

Advisors, LLC-1, LLC-2, Marque LLC-3, LLC-4 and relief defendant Impressions Everlasting are dismissed.

DATED December 8, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge